# EXHIBIT A

DOCS_LA:331801.1 31270/002

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*[1] | Case No. 18-11736 (BLS) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al*., | Adv. Proc. No. 20-50691 (BLS) |
| Plaintiff, | |
| vs. | |
| SUNBELT FURNITURE XPRESS, INC., | |
| Defendant. | |

**STIPULATION FURTHER EXTENDING DEADLINE FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust (the "Plaintiff") and Defendant Sunbelt Furniture Xpress, Inc. (the "Defendant") in this adversary proceeding, by and through their respective counsel, hereby stipulate and agree as follows:

1. On July 7, 2020, the Plaintiff filed the Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550 (the "Complaint") in the above captioned adversary proceeding against the Defendant.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

2. On August 7, 2020, the Parties filed a stipulation to extend the time to answer the Complaint [Docket No. 4].

3. The deadline for the Defendant to answer, move or otherwise respond to the Complaint was scheduled for September 4, 2020.

4. The Plaintiff has agreed to give the Defendant an extension of approximately thirty (30) days so that the deadline for the Defendant to answer, move or otherwise respond to the Complaint shall be October 5, 2020.

5. This Stipulation is without prejudice to the rights of the parties to seek a further continuation of this deadline.

6. This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

| | |
|---|---|
| Dated:  August 19, 2020<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (DE Bar No. 5503)<br>Steven W. Golden (TX Bar No. 24099681)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:      bsandler@pszjlaw.com<br>                 acaine@pszjlaw.com<br>                 pkeane@pszjlaw.com<br>                 sgolden@pszjlaw.com<br><br>*Counsel to Plaintiff, Alfred T. Giuliano, chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.* |

2

**LATHROP GPM LLP**

/s/ *Jeffrey Peterson*
Jeffrey Peterson (MN Bar No. 387556)
1010 West St. Germain, Ste. 500
St. Cloud, MN 56301
Email: jeffrey.peterson@lathropgpm.com

*Counsel for Defendant*